IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 07 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__Peter George Noe_____, Applicant,

v.

__B. True_____, Respondent.
(Name of warden, superintendent, jailer, or other custodian)

(*Note: If you are attacking the validity of a state conviction or sentence and not the execution of your sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.*)

## APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

**A. APPLICANT INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

__Peter George Noe #10849-041 U.S. Prison Max__
(Applicant's name, prisoner identification number, and complete mailing address)

__P.O. Box 8500 Florence, Co, 81226__

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_ Pretrial detainee
\_\_\_ Civilly committed detainee
\_\_\_ Immigration detainee
\_\_\_ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner
\_\_\_ Other: (*Please explain*) _____

**B.   RESPONDENT INFORMATION**

B. True Warden, P.O. Box 8500
(Respondent's name and complete mailing address)

Florence, Co, 81226

**C.   STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "C. STATEMENT OF CLAIMS."*

CLAIM ONE:   Due Process

Supporting facts:   In 2018 The first step act S.756 passed. under this new law all federal inmates That are not excluded can now earn between 10-15 days of time credited towards release on home

"C" Statement of Claim.

Claim one cont...

Confinement.

The federal Bureau of prisons had untel Jan, 15, 2022 to set up these programs.

Noe has sent several requests to be put into these programs.

Noe filed threw the administrative remedy process. The response is that Noe is Not being put into the programs because Noe is ineligible to receive the time credits.

The legal dept at A.D.X found that Noe is being denied the time credits and programs because he was convicted of title 21 USC 846 and has a leadership roll enhancement. This finding is clearly in error.

2-1

## "C" Statement of Claim Cont.

### Claim one Cont

Noe was convicted of 21 U.S.C 846 for conspiracy. Under Section 5756 3632(0)(1xvi) of the first step act the only crimes that are excluded are 21 USC 841 (b)(1)- 21 USC 846 is Not excluded under the first step act.

Today is Jan, 23rd, 22 The F.B.O.P put out a statement saying that because the first step act is not clear as to when the time credits should start that they are making all the time credits retroactive to the day it became law.

Noe has been positive programming and should have been credited for 10-15 days per month for the past 3 years but Due to the legal dept. error they

2-2

"C" Statement of Claim Cont.

## Claim one cont.

will not credit Noe.

Noe has requested to be put into evidence based recidivism reduction programming and has been denied Due to the error in concluding that 21 U.S.C 846 is excluded under F.S.A;

Noes right to Due process has been violated. The first step acts use of the word "shall" concerning the good time credits makes these credits mandatory and creates a presumption of early release

Noe has been positive programming Defendant (True) is refusing to follow the first step act.

It is the position of Defendant (True) That even if Noe was eligible

2-3

"C" Statement of Claim

Claim one cont

That A.D.X has a waiver and that A.D.X inmates will not receive the full 10-15 days per month of good time required by the F.S.A.

The reasoning is that because A.D.X is locked down only so many inmates can be put into group at a time.

This violates Due process as the F.S.A use of the word "Shall" makes the time credits mandatory and creates a presumption of early release.

2-4

**D.   PRIOR APPLICATIONS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal court in which you raised or could have raised the claim(s) raised in this action? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one prior application, use additional paper to provide the requested information for each prior application. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "D. PRIOR APPLICATIONS."*

Name and location of court:   U.S. Dist court of Colo

Case number:   ??

Type of proceeding:   Habeas Corpus

List the claim(s) raised:   Due process

Date and result: (Attach a copy of the decision if available)   N/A (vol. Dismissed)

Result on appeal, if appealed:   N/A

**E.   ADMINISTRATIVE REMEDIES**

*WARNING: You must exhaust administrative and/or state remedies before filing an action in federal court pursuant to 28 U.S.C. § 2241. Your case may be dismissed if you have not exhausted administrative and/or state remedies. If additional space is needed to explain exhaustion, use extra paper to do so. Please indicate that additional paper is attached and label the additional pages regarding exhaustion as "E. ADMINISTRATIVE REMEDIES."*

Explain the steps you have taken to exhaust administrative and/or state remedies:

Claim one, filed a BP8, BP9, BP10, BP11 fully exhausted. The defendants already told the court that Noe exhausted his remedys as to this claim. it was only Denied Due, To Jurisdiction.

3

D prior applications

U.S. Dist Court of Colo
21-cv-02471 CMA
Habeas corpus
Due process
lack jurisdiction. Noe
filed before Jan, 15, 22.

3-2

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Claim one; A) Declare that the acts and omissions described herein violated plaintiffs rights under the constitution. b) order the defendants to credit plaintiff 380 days towards home confinement C) grant other just and equitable relief that this honorable court deems necessary. (D) order Defendant True to open ebRR to A.D.X Inmates and to give the full 10-15 days of time credits.

## G. APPLICANT'S SIGNATURE

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Applicant's signature)

1/27/22
(Date)

(Form Revised December 2017)