In the United States Dis Court
for the dist of Colorado

Peter George Noe

22-CV-00361
NYM/CMA

v.

B. True

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 19 2022
JEFFREY P. COLWELL
CLERK

Motion requesting permission to amend the complaint.

Plaintiff respectfully requests to amend his complaint to remove a few lines due to confusion.

In the original complaint Noe says at the end how warden True is refusing to set up E.B.R.R. programs due to a wavier which is justified by A.D.X being locked down.

Noe has another complaint pending see Noe v Ciolli

①

22-cv-01618 GPG. concerning his placement At A.D.X violating due process.

Today Noe received an order from the court in Noe v Ciolli Id that because of the few lines at the end of this case concerning the Groups the cases are raising the same argument and that he intends to dismiss the claim concerning A-DX placement in Noe v. Ciolli.

These few lines were never ment to challenge Noes A.D.X placement, The government never briefed it as a challenge to Noes A.D.X placement and in fact never briefed it at all.

This was only added to get a ruling that Noe be put into E.B.R-R. once hes found to be eligible. Unless this amendment is allowed Noe will be denied access to the court on a valid issue

2

## Conclusion

This amendment to take out the concerns of programs should be allowed.

③

## Certificate of Service

I hereby certify that I sent this motion to amend to the following on this Dec, 14, 22 Postage prepaid

Peter Noe
10849-041

Office of the Clerk
United States Dis Court
901-19th Street RM A-105
Denver, Co, 80294.

Name: Peter Noe 10849-041
Reg No:
U.S. Penitentiary MAX
P.O Box 8500
Florence, CO. 81226-8500

"Legal Mail"

Office of the Clerk
United States Dist Court
901-19th Street Room A-105
Denver, co, 80294-3589



DEC 15 2022

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____   "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.