In the United States Dist Court
For the Dist of Colorado

Peter George Noe

v.

True.

22-CV-00361
CMA/NYM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 10 2023
JEFFREY P. COLWELL
CLERK

Motion requesting permission To file an Amendment to the petition under Rule 15.

Noe requested permission to Amend this complaint, nearly nine months ago, and explained to the court that he needed To amend and remove a few Sentences because the government was using those Sentences in his other case Noe v Ciolli 22-CV-01618 LTB-KLM (Dis Colo). The court in Ciolli Id has now agreed

①

with the government and recommended that the claim be dismissed with prejudice as malicious.

This has forced Noe to voluntarily dismiss his claim.

## conclusion

Because the government argued that this issue, of placement At A.D.X extending the length of Noes incarceration and violating his Due process, is fully briefed and properly before the Court in this case an amendment should be allowed so Noe can bring his claim.

## certificate of service

I hereby certify that on this Aug 4th I mailed this motion to amend and proposed amendment to the following address postage pre-paid

Peter Noe

office of the Clerk
United States Dis Court
901-19th Street Rm A-105
Denver, Co, 80294



Name: Peter George Noe
Reg No: 10849-041
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Clerk of the Court
United States District Court
901 - 19th Street Room A-105
Denver, Co. 80294-3589

"Legal Mail"

