# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00361-CMA

PETER GEORGE NOE,

    Petitioner,

v.

B. TRUE,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 64) of Senior District Judge Christine M. Arguello entered on January 4, 2024, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is granted in part and denied in part.   It is

FURTHER ORDERED that this matter is remanded for a new determination of Applicant's eligibility for time credits.

Dated at Denver, Colorado this 8th day of January, 2024.

                                                 FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                        By:    s/C. Pearson, Deputy Clerk